DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ADVANCED PLUMBING COMMERCIAL AND
RESIDENTIAL SERVICES, INC.,

Appellant,

v.

MEGA PORTLOCK,

Appellee.

No. 2D22-2186

_____

September 20, 2023

Appeal from the Circuit Court for Pinellas County, Amy M. Williams, Judge.

Henry G. Gyden of Gyden Law Group, P.A., Tampa, for Appellant.

Joseph P. Kenny of Weber, Crabb & Wein, P.A., St. Petersburg, for Appellee.

PER CURIAM.

     Affirmed.

SLEET, C.J., and ROTHSTEIN-YOUAKIM and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.